FIRST DEPARTMENT, DECEMBER, 1976

(December 2, 1976)

█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL GEORGIADIS, Appellant.—Judgment, Supreme Court, New York County, rendered on February 23, 1976, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Stevens, P. J., Markewich, Kupferman, Silverman and Lane, JJ.

█ In the Matter of CHOW LAU LIN RESTAURANTS, INC., Respondent, v NEW YORK STATE LIQUOR AUTHORITY, Appellant.—Judgment, Supreme Court, New York County, entered on November 24, 1975, affirmed, without costs and without disbursements, on the opinion of Hughes, J., at Special Term. Concur—Kupferman, J. P., Birns and Nunez, JJ.; Capozzoli and Yesawich, JJ., dissent in the following memorandum: Although a heavy penalty was imposed it was not excessive and therefore the court should not have substituted its judgment for that of the State Liquor Authority. Moreover, it appears that confirmation of the authority's determination will ensure comparative fairness and evenness of treatment amongst its licensees.